578

*Mr. Cary D. Landis* for respondent.

No. 52. Skipper *v.* Schumacher, Sheriff. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. W. D. Bell* for petitioner. *Mr. Cary D. Landis* for respondent.

No. 53. Metropolitan Life Insurance Co. *v.* Rubin's Department Store, Inc. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Clarence W. Diver, Philip A. Populorum,* and *Morris I. Conner* for petitioner. *Mr. Thomas D. Nash* for respondent.

No. 59. Johnstone, Executrix, *v.* Commissioner of Internal Revenue. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey* and *A. Calder Mackay* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 60. New York, Chicago & St. Louis R. Co. *v.* Singleton et al. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Russell P. Harker* for petitioner. *Messrs. Philip Lutz, Jr.;* and *Urban C. Stover* for respondents.